[No. 59102-9-I. Division One. January 7, 2008.]

OUTLOOK RIDGE, LLC, ET AL., *Appellants*, v. CROSS VALLEY WATER DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-10648-2, George N. Bowden, J., entered October 23, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Grosse, J., and Coleman, J. Pro Tem.

[No. 59137-1-I. Division One. January 7, 2008.]

DOUG BROWN ET AL., *Appellants*, v. FENIX UNDERGROUND, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-11512-2, Charles W. Mertel, J., entered October 30, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, A.C.J., and Agid, J.

[No. 59210-6-I. Division One. January 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CORDERO R. DUCKWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-03356-8, Harry J. McCarthy, J., entered November 15, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 60291-8-I. Division One. January 7, 2008.]

SHELLE D. SIEWERT, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-13247-5, Andrea A. Darvas, J., entered November 2, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, A.C.J., and Agid, J.